**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DONNA ROEHM,**

                           **Plaintiff,**

              **v.**                                        **5:11-CV-161**

**COMMISSIONER OF SOCIAL SECURITY,**

                           **Defendant.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**Office of Steven R. Dolson**            **Steven R. Dolson, Esq.**
**500 South Salina Street, 6ᵗʰ Fl.**
**P.O. Box 1279**
**Syracuse, NY 13201-1279**
**Counsel for Plaintiff**

**Office of Regional General Counsel**    **Christopher J. Brackett, Esq.**
**Social Security Administration**
**Region II**
**26 Federal Plaza - Room 3904**
**New York, NY 10278**
**Counsel for Defendant**

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

<u>**ORDER**</u>

        The above matter comes to me following a Report-Recommendation by Magistrate Judge

Andrew T. Baxter, duly filed on the 28ᵗʰ day of November 2011.  Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

        After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Commissioner's determination is affirmed, and the complaint is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**


Dated: December 15, 2011
       Syracuse, New York


Norman A. Mordue
Chief United States District Court Judge

2