# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Donna Roehm**
        Plaintiff

vs.                                **CASE NUMBER: 5:11-CV-161 (NAM/ATB)**

**Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Andrew T. Baxter is ADOPTED in its entirety, the Commissioner's determination is AFFIRMED and the Complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 15 day of December, 2011.

DATED: January 17, 2012

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk